(23 Misc. Rep. 52.)

FIELDING v. COHOES MASONIC TEMPLE ASS'N OF CITY OF COHOES.

(Supreme Court, Special Term, Albany County. February, 1898.)·

CHANGE OF VENUE—CONVENIENCE OF WITNESSES.

> The cause of an action commenced in R. county arose in A. county, where resided a majority of the witnesses, who could attend in either county without great inconvenience. The calendar in A. county was not overcrowded. *Held*, that the place of trial should be changed to A. county, under Code Civ. Proc. § 987, authorizing such a change to promote· the convenience of the witnesses and the ends of justice.

Action by Harry P. Fielding against the Cohoes Masonic Temple Association of the City of Cohoes, N. Y. Motion to change the place of trial from the county of Rensselaer to the county of Albany. Granted.

Foster, Kelly & Isenbergh, for the motion.
Charles F. Doyle, opposed.

CHASE, J. The Code of Civil Procedure (section 987) provides that the court may, by order, change the place of trial "where the convenience of witnesses, and the ends of justice, will be promoted by the change." It is conceded that a majority of the necessary witnesses in this case reside in the city of Cohoes, in the county of Albany. The city of Cohoes is connected with Troy, the county seat of Rens-

selaer county, as well as with Albany, the county seat of Albany county, by electric and steam roads. It is but a few miles from either place. The witnesses can attend in either county without great inconvenience. The cause of action arose in the county of Albany. A long line of decisions of this court hold, in substance, that the ends of justice will be promoted by requiring an action to be tried in the county where the cause of action arose, unless there is some other and better reason which requires its trial elsewhere. The condition of the calendars in the counties of New York and Kings constitutes a sufficient reason why causes should not be sent from adjoining counties to either of those counties for trial. No such reason exists in regard to the county of Albany.

The order is granted, with $10 costs to abide the event.